UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR EDUARDO RIVERA ORTEGA,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-03641-FWS-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition (ECF 1) is **DENIED WITHOUT PREJUDICE**.

DATED: November 17, 2026

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE